*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shawn C. McGuire<br>   Debtor(s) | )<br>)<br>) | Case No. 17–14056–mdc<br>Chapter 13 |
| Shawn C. McGuire<br>Plaintiff | )<br>)<br>)<br>) | Adversary No. 23–00112–mdc |
| v. | )<br>) | |
| HSBC Bank USA National Association<br>Defendant | )<br>) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before January 29, 2024, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before February 2, 2024.

    Address of the clerk                                Eastern District of Pennsylvania
                                                                                     900 Market Street
                                                                                      Suite 400
                                                                                      Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney             BRAD J. SADEK
                                                                             Sadek Law Offices, LLC
                                                                             1500 JFK Boulevard
                                                                             Ste 220
                                                                             Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                                     For The Court

                                                                                                                     Timothy B. McGrath
                                                                                                                     Clerk of Court

Date: December 29, 2023