IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Bankruptcy No. 17-14056-MDC                    Adversary No. 23-00112-MDC

CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that I am, and at all times during the service of process was, not less than eighteen (18) years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made January 3, 2024, upon the following:

Noel Quinn
CEO of HSBC Bank USA, N.A.
452 5th Avenue
New York, New York 10018
*Certified Mail*

Jay Bray
CEO of Nationstar Mortgage
P.O. Box 630267
Irving, Texas 75063
*Regular Mail*

Roger Gay, Esquire
Albertelli Law
Counsel on behalf of HSBC Bank USA, N.A.
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
*Regular Mail*

The Defendant was served pursuant to the laws of the State of Pennsylvania as follows: certified mail, return receipt.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: January 3, 2024                    */s/ Brad J. Sadek*
                                          Brad J. Sadek, Esquire
                                          Sadek Law Offices
                                          2 Penn Center
                                          1500 JFK Boulevard, Suite 220
                                          Philadelphia, Pennsylvania 19102

Form L247 (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shawn C. McGuire<br>Debtor(s) | ) ) ) | Case No. 17–14056–mdc<br>Chapter 13 |
| Shawn C. McGuire<br>Plaintiff | ) ) ) | |
| v. | ) ) | Adversary No. 23–00112–mdc |
| HSBC Bank USA National Association<br>Defendant | ) ) ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before January 29, 2024, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before February 2, 2024.

    Address of the clerk                                    Eastern District of Pennsylvania
                                                                               900 Market Street
                                                                                Suite 400
                                                                                Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                   BRAD J. SADEK
                                                                             Sadek Law Offices, LLC
                                                                                1500 JFK Boulevard
                                                                                Ste 220
                                                                                Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                                                                                        For The Court

                                                                                                                                                                        Timothy B. McGrath
                                                                                                                                                                        Clerk of Court

Date: December 29, 2023