```
                                          RD BK05399-0329            AS-ASSIGNMENTS
                                          2013062929   09/10/2013 12:40:10 PM:1
                                          RCD FEE $56.50
```

Recording Requested By:
**Bank of America, N.A.**
Prepared By:
**Marcus Jones**
800-444-4302

16001 N. Dallas Pkwy
Addison, TX 75001

When recorded return to:
CoreLogic
450 E Boundary St.
Chapin, SC 29036



DocID#   491118355506220222
Tax ID:    32-00-00696-00
Property Address:
26 W Roland Rd
Brookhaven, PA 19015-3226
Property Location:
Township of CHESTER
PA0-AM  26208652  7/18/2013  NS0715A  26929923

DELAWARE COUNTY
THOMAS J. JUDGE SR. ROD

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **NATIONSTAR MORTGAGE, LLC** whose address is **350 HIGHLAND DRIVE, LEWISVILLE, TX 75067** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR STERLING NATIONAL MORTGAGE CO. INC., SUBSIDIARY OF A FEDERALLY CHARTERED BANK

Mortgagor(s):   SHAWN MCQUIRE

Date of Mortgage:  3/15/2006    Original Loan Amount  $31,980.00

Recorded in Delaware County, PA on: 3/22/2006, book RD 03756, page 1477 and instrument number 2006027289

This Mortgage has not been assigned unless otherwise stated below:
Assigned From: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Assigned To: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-CW1
Recording Date: 8/20/2012 Book/Liber: 5169 Page: 1518 Instrument Number: 2012052401

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on JUL 18 2013

Bank of America, N.A.

By: _____
Ahmed R. Ali
Assistant Vice President

State of TX, County of Dallas

On JUL 18 2013, before me, Keia Anderson, a Notary Public, personally appeared Ahmed R. Ali, Assistant Vice President of Bank of America, N.A. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Notary Public: Keia Anderson
My Commission Expires: 6-13-15

KEIA ANDERSON
Notary Public, State of Texas
My Commission Expires
06/13/2015

I hereby certify that the address of the within named assignee is:
350 HIGHLAND DRIVE, LEWISVILLE, TX 75067

_____
Signature

DocID# 49111835506220222